IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hangzhou Aoshuang E-Commerce Co., Ltd. | ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-04565 |
| | ) ) | Judge Virginia M. Kendall |
| v. | ) | |
| The Partnerships and Unincorporated Associations Identified in Schedule "A," | ) ) ) ) | Mag. Judge Young B. Kim |
| Defendants. | ) | |

**Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery**

Plaintiff Hangzhou Aoshuang E-Commerce Co., Ltd. ("Plaintiff") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products, a temporary asset restraint, and expedited discovery in an action arising out of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*), and the U.S. Copyright Act (17 U.S.C. § 101, *et seq.*). A Memorandum of Law in Support hereof is filed concurrently with this Motion.

Dated July 8, 2019

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
(312) 715-7312
(312) 646-2501 (fax)
adamu@au-llc.com
ARDC No. 6301067
*Counsel for Plaintiff Hangzhou Aoshuang E-Commerce Co., Ltd.*