**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HANGZHOU AOSHUANG E-COMMERCE CO, LTD. | ) | |
| | ) | |
| | ) | Case No. 1:19-cv-04565 |
| Plaintiff, | ) | |
| | ) | Judge Martha M. Pacold |
| v. | ) | |
| | ) | Mag. Judge Young B. Kim |
| 008FASHION, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

EXHIBIT FOUR

Defendant--_5_aling fashion cool

| The plaintiff's copyright | Defendant's product | Defendant's delivered product | Defendant's storefront |
|---|---|---|---|

   

Defendant--_131_shenjianfeng

| The plaintiff's copyright | Defendant's product | Defendant's delivered product | Defendant's storefront |
|---|---|---|---|






Defendant--_117_Niubi Store

| The plaintiff's copyright | Defendant's product | Defendant's delivered product | Defendant's storefront |
|---|---|---|---|

   

Defendant--_172_wowan1

The plaintiff's copyright     Defendant's product     Defendant's delivered product          Defendant's storefront






Defendant--babyzaima

| The plaintiff's copyright | Defendant's product | Defendant's delivered product | Defendant's storefront |
|---|---|---|---|

   

Defendant--_1&2_Your Parcel Store

| The plaintiff's copyright | Defendant's product | Defendant's delivered product | Defendant's storefront |
| --- | --- | --- | --- |






Defendant--_33_Encantador KK Store

The plaintiff's copyright

Defendant's product

Defendant's delivered product

Defendant's storefront






Defendant--_47_forever2017

The plaintiff's copyright

Defendant's product

Defendant's storefront



No Delivered products





Defendant--_71_home full

| The plaintiff's copyright | Defendant's product | Defendant's delivered product | Defendant's storefront |





Defendant--_68_heheni store

| The plaintiff's copyright | Defendant's product | Defendant's delivered product | Defendant's storefront |
|---|---|---|---|

   

Defendant--11_aztuckers

| The plaintiff's copyright | Defendant's product | Defendant's storefront |
|---|---|---|

  

Defendant--25_Convenient

The  plaintiff´s copyright                   YourLife Defendant's product                   Defendant's storefront







Defendant--28_ZoggaOfficia

The plaintiff's copyright

l Store Defendant's product

Defendant's storefront







Defendant--39_ZOGAA3 Store

The plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--40_fashion-shop112

The plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--41_fashion-shop113

The plaintiff's copyright       Defendant's product       Defendant's storefront





Defendant--_44_fengzifei

The plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--45_fengzihyt-4

The plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--55_Goodgoods8

The  plaintiff's copyright            Defendant's product            Defendant's storefront







Defendant-56_Greatmen store

The plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--_82_ZOGAA SIX Store

The  plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--_124_qixing

The plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--_146_Star Star in The Sky

The plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--_168_William&Jack

The plaintiff's copyright

Defendant's product

Defendant's storefront







Defendant--_173_Xiao wu big yards shop

The plaintiff's copyright

Defendant's product

Defendant's storefront







The plaintiff's copyright

Defendant--_179_yangxinyuan

Defendant's product

Defendant's storefront







Defendant--_185_yuzebaby

The  plaintiff´s copyright

Defendant's product

Defendant's storefront







Defendant--_186_Zagoo

| The  plaintiff's copyright | Defendant's product | Defendant's storefront |
| --- | --- | --- |







The  plaintiff 's copyright

Defendant--_134_Shirley Store

Defendant's storefront

Defendant's product





