IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANGZHOU AOSHUANG E-COMMERCE CO, LTD. ) ) ) Plaintiff, ) ) v. ) ) 008FASHION, ET AL. ) ) Defendants. ) ) | Case No. 1:19-cv-04565 <br><br> Judge Martha M. Pacold <br><br> Mag. Judge Jeffrey Cole |

**DEFENDANTS' SUPPLEMENT TO MOTION TO AMEND AND/OR CORRECT**

**NOW COMES** Defendants No. 124-qixing; Def. No. 146-Star star in the sky; Def. No. 168--william&jack; Def. No. 41--fashion-shop113; Def. No. 186--zagoo; Def. No. 40--fashion-shop112; Def. No. 11--aztuckers; Def. No. 185--yuzebaby; Def. No. 30--dongyang743; Def. No. 39--ZOGAA3 Store; Def. No. 56--Greatmen Store; Def. No. 28--zoggaofficial store; Def. No. 82--ZOGAA SIX Store; Def. No. 25--ConvenientYourLife; Def. No. 180--yangxinyuan; Def. No. 55--Goodgoods8; Def. No. 173--Xiao wu big yards shop; Def. No.44--fengzifei; Def. No. 45--fengzihyt-4; Def. No. 134--Shirley Store; Def. No. 5-aling fashion cool; Def. No. 15-babyzaima; Def. No. 33-Encantador KK Store; Def. No. 68-heheni store; Def. No. 71-home full; Def. No. 117-niubi store; Def. No. 131_shenjianfeng; Def. No. 172-wowan1, Def. No. 182-Your Parcel Store and Def. No. 47-forever2017, (hereinafter, "Defendants") by and through their attorneys, The Law Office of L. Ford Banister, II, and submits the following supplement to their motion requesting entry of an order requiring Plaintiff

to provide to Defendants expedited discovery vital to their opposition to the continuation of Plaintiff's preliminary injunction. [Doc. 70] In support hereof, Defendants state as follows:

18. Since Defendants' submission of their motion for an order to effectuate Judge Kendall's oral order granting Defendants' request for expedited discovery, [August 14, 2019 Hearing Trans. at 4:2-3] Defendants have continued to attempt to engage Plaintiff in a meaningful informal exchange of discovery.

19. To date, Defendants' efforts have been met with Plaintiff's delay. Plaintiff insists on the entry of a protective order but to date has yet to deliver a draft protective order to Defendants. Plaintiff also failed to timely respond to Defendants' inquiry, consistent with Judge Coleman's suggestion, [Doc. 84] as to whether Plaintiff will agree to proceed before the magistrate. Through delay, during the transition between judges, Plaintiff has effectively denied Defendants information which is vital to their opposition to the continuation of the preliminary injunction.

20. As Plaintiff has submitted no opposition to Defendants' motion, [Doc. 70] and has not timely forwarded to Defendants a protective order, Defendants respectfully request that the Court grant Defendants all relief requested instanter. [Id.]

Respectfully submitted this 3rd day of September, 2019.

/s/ L. Ford Banister, II
Bar No. 5446539
The Law Office of L. Ford Banister, II
244 5th, Avenue, Ste. 1888
New York, NY 10001
Mailing Address
PO Box 3514 PMB 23332
New York, NY 10008
Telephone: U.S No. 212-574-8107
Email: ford@fordbanister.com
*Attorney for Defendants*

2

**VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief at the time of making the statements.

Executed on this, the 3rd day of September, 2019 at Chengdu, Sichuan, China.

/s/ L. Ford Banister, II
Bar No. 5446539
The Law Office of L. Ford Banister, II
244 5th, Avenue, Ste. 1888
New York, NY 10001
Mailing Address
PO Box 3514 PMB 23332
New York, NY 10008
Telephone: U.S No. 212-574-8107
Email: ford@fordbanister.com
*Attorney for Defendants*