IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hangzhou Aoshuang E-Commerce Co., Ltd. | ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-04565 |
| | ) ) | Judge Martha M. Pacold |
| v. | ) | |
| 008fashion, et al. | ) ) ) | |
| Defendants. | ) | |

### Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Hangzhou Aoshuang E-Commerce Co., Ltd. ("Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Schedule A Line No. | Defendant Name |
|---|---|
| 3 | AB BUYER |
| 75 | I EN FR Store |
| 77 | iwannachange |
| 174 | xiaojingjing230 |

Dated this September 4, 2019

Respectfully submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
(312) 715-7312
(312) 646-2501 (fax)
adamu@au-llc.com
ARDC No. 6301067
*Counsel for Plaintiff Hangzhou Aoshuang E-Commerce Co., Ltd.*

## Certificate of Service

I hereby certify that a true and correct copy of Plaintiff's **Notice of Voluntary Dismissal** will be sent via the Court's e-filing system to counsel of record this September 4, 2019.

Larry Ford Banister, II
The Law Office of L. Ford Banister, II
PO Box 3514 PMB 23332
New York, NY 10008
United States
(212) 574-8017
ford@fordbanister.com

Charles Edward McElvenny
Law Offices of Charles E. McElvenny
120 N LaSalle St Suite 1200
Chicago, IL 60602
312 291 8330
charlie@cemlawfirm.com

Daliah Saper
Saper Law Offices
505 N. LaSalle #350
Chicago, IL 60654
(312)527-4100
dsaper@saperlaw.com

John Yo-Hwan Lee
Lee & Breen LLC
188 Industrial Drive, Suite 403
Elmhurst, IL 60126
(312) 241-1420
jlee@leebreenlaw.com

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
(312) 715-7312
(312) 646-2501 (fax)
adamu@au-llc.com
ARDC No. 6301067
*Counsel for Plaintiff Hangzhou Aoshuang E-Commerce Co., Ltd.*