# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hangzhou Aoshuang E-Commerce Co. ) | |
| ) | Case No: 19 C 4565 |
| v. ) | |
| ) | Judge Martha M. Pacold |
| The Partnerships and Unincorporated ) | |
| Associations, et al. ) | |

## **ORDER**

Plaintiff's motion to dismiss defendant Women_Fashion (Schedule A Line No. 171) [159] is granted. Plaintiff's motion to dismiss defendants aling fashion cool (Line 5); heheni store (Line 68); home full (line 71); niubi store (Line 117); shenjianfeng (Line 131); and wowan1 (line 172) [162] is granted. Defendant 118 Nyfashioncity's petition for dismissal [153] is granted.

Dated: November 5, 2019               /s/ Judge Martha M. Pacold