**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Hangzhou Aoshuang E-Commerce Co. Ltd., | ) Civil Action No. 1:19-cv-04565 |
| Counter Claimant, | ) Judge Martha M. Pacold |
| v. | ) Mag. Judge Jeffrey Cole |
| 008fashion, et al., | ) |
| Defendants. | ) |
| TailorStory, Inc., dba H2H, | ) |
| Counter Claimant, | ) |
| v. | ) |
| Hangzhou Aoshuang E-Commerce Co. Ltd., et al., | ) |
| Counter Defendants. | ) |

**<u>MOTION TO DISMISS UNDER RULE 41</u>**

NOW COMES Counter/Cross Claimant TailorStory, Inc., dba H2H ("TailorStory") by and through its counsel, hereby moves the Court to dismiss the cross defendants identified below pursuant to Rule 41 of the Federal Rule of Civil Procedure:

1.     TailorStory has settled its cross claims against the cross defendants listed below with all parties bearing their own respective costs. The cross defendants are:

Hi men store, Defendant No. 70; Beautydiy, Defendant No. 14; LASPERAL Men, Defendant No. 87; Handsome Men, Defendant No. 62; Sparkling Jewel Store, Defendant No. 143; Touching Moments Store, Defendant No. 153; Quality Life

clothes store, Defendant No. 125; Shop4848016 Store, Defendant No. 140; Li&Diedie Store, Defendant No. 92; Timing Zone Store, Defendant No. 152; and Personality Wardrobe, Defendant No. 121.

2. Rule 41 provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed R. Civ. P. 41(a)(2).

4. TailorStory respectfully requests that the Court dismiss with prejudice TailorStory's claims against the above-identified cross defendants.

Dated: November 7, 2019

Respectfully submitted,

TAILORSTORY, INC. d/b/a H2H

By:     /s/ John Y. Lee_____
          Attorney for Defendant Tailorstory, Inc.
                        d/b/a H2H

John Y. Lee
Lee & Breen LLC
188 Industrial Drive, Suite 403
Elmhurst, IL 60126
Tel.: 312.241.1420
Email: jlee@leebreenlaw.com