IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HANGZHOU AOSHUANG E-COMMERCE CO, LTD. | ) ) ) | |
| | ) | Case No. 1:19-cv-04565 |
| Plaintiff, | ) ) | |
| | ) | Judge Martha M. Pacold |
| v. | ) ) | |
| | ) | Mag. Judge Jeffrey Cole |
| 008FASHION, ET AL. | ) ) | |
| Defendants. | ) ) | |
| | ) | |

**DEFENDANTS' FED.R.CIV.P. 72(a) OBJECTIONS AND
MOTION TO VACATE MAGISTRATE'S DISCOVERY ORDER**

**COMES NOW**, Defendants No. 124-qixing; Def. No. 146-Star star in the sky; Def. No. 168--william&jack; Def. No. 41--fashion-shop113; Def. No. 186--zagoo; Def. No. 40--fashion-shop112; Def. No. 11--aztuckers; Def. No. 185--yuzebaby; Def. No. 30--dongyang743; Def. No. 39--ZOGAA3 Store; Def. No. 56--Greatmen Store; Def. No. 28--zoggaofficial store; Def. No. 82--ZOGAA SIX Store; Def. No. 25--ConvenientYourLife; Def. No. 180--yangxinyuan; Def. No. 55--Goodgoods8; Def. No. 173--Xiao wu big yards shop; Def. No.44--fengzifei; Def. No. 45--fengzihyt-4; Def. No. 134--Shirley Store; Def. No. 15-babyzaima; Def. No. 33-Encantador KK Store; Def. No. 182-Your Parcel Store and Def. No. 47-forever2017 (hereinafter, "Defendants") and present their objections and move this Honorable Court to vacate the order of the assigned magistrate, on an oral motion to compel without notice, of November 20, 2019 finding that certain discovery responses are overdue and

objections waived [Doc. 190] and the assigned magistrate's order refusing to vacate said order. [Doc. 202 & 203] In support hereof, Defendants present their Memorandum of Law.

Respectfully submitted this 4th day of December, 2019.

/s/ L. Ford Banister, II
Bar No. 5446539
FORD BANISTER IP
244 5th Avenue, Ste. 1888
New York, NY 10001
Telephone: U.S No. 212-574-8107
Email: ford@fordbanister.com
*Attorney for Defendants*
