# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Hangzhou Aoshuang E−Commerce Co., Ltd

          Plaintiff,

v.

Case No.: 1:19−cv−04565

Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2019:

    MINUTE entry before the Honorable Martha M. Pacold: Motion hearing held on 12/20/2019 regarding motion to expedite ruling on preliminary injunction motions [215], motion to vacate Magistrate's discovery order [205]. Defendants' motion to expedite ruling on preliminary injunction motions [215] is granted in part and denied in part. The motion is granted to the extent the Court is setting an expedited briefing schedule on the motion that is forthcoming. Defendants' motion is due 12/23/2019. Plaintiff's response is due by 12/30/2020. Defendants' reply brief is due by 1/6/2020. The case is set for hearing on 1/9/2020 at 10:30 a.m. for a potential ruling. Defendants' oral motion to file document number 222 in excess of fifteen pages is granted. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.