IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hangzhou Aoshuang E-Commerce Co., Ltd. | ) ) ) |
| | ) Case No: 19 C 4565 |
| v. | ) ) |
| | ) Judge Martha M. Pacold |
| The Partnerships and Unincorporated Associations, et al., | ) ) ) |

## ORDER

Status hearing and motion hearing held on 1/10/2020. Status hearing continued to 1/15/2020 at 10:15 a.m. (The Parties are to note that the time of the hearing is different from that stated in open court). Carla Buterman's oral motion for leave to file an appearance on behalf of the plaintiffs is granted. Defendants' Motion to Vacate or Modify the Preliminary Injunction Orders to Lift Asset Restraining Provisions [226] is granted in part and denied in part. The motion is granted in that the asset restraint is reduced to a total amount of $200,000 for all Defendants bringing the motion. Funds up to and including $200,000 ($200,000 total for all Defendants bringing the motion) shall remain restrained until otherwise ordered by the court; however, the court notes that on 1/15/2020, the court will further reassess the scope of the restraint based on the briefs due on 1/14/2020 (discussed below). Plaintiffs' counsel is directed to serve a copy of this order on the third-party platforms notifying them of the reduction of the restraint to $200,000. In all other respects, the motion [226] is denied. The parties are given until 1/14/2020 to file their briefs describing the state of the record as to the amount of infringing sales, as discussed at the 1/10/2020 hearing. The briefs should be five pages or less. The parties should exhaust all settlement possibilities prior to the 1/15/2020 hearing.

Dated: January 10, 2020

/s/ *Martha M. Pacold*
Judge Martha M. Pacold