**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Hangzhou Aoshuang E-Commerce Co., Ltd. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-04565 |
| | ) | |
| | ) | Judge Martha M. Pacold |
| v. | ) | |
| ainiyishengyishi, et al. | ) | Mag. Judge Jeffrey Cole |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Status Report on Pending Motions**

1. **Pending and/or Moot Motions:**

   **a.** Plaintiff Hangzhou Aoshuang E-Commerce Co., Ltd.:

      **i.** Plaintiff's Motion for Entry of Preliminary Injunction with respect to defendants No. 124-qixing, No. 146-Star star in the sky, No. 168-william&jack, No. 41-fashion-shop113, No. 186-zagoo, No. 40-fashion-shop112, No. 11-aztuckers, No. 185-yuzebaby, No. 30-dongyang743, No. 39-ZOGAA3 Store, No. 56-Greatmen Store, No. 28-zoggaofficial store, No. 82-ZOGAA SIX Store, No. 25-ConvenientYourLife, No. 180-yangxinyuan No. 55-Goodgoods8, No. 173-Xiao wu big yards shop, No.44-fengzifei, No. 45-fengzihyt-4, No. 134-Shirley Store, No. 15-babyzaima, No. 33-Encantador KK Store, and No. 182-Your Parcel Store [Dkt. 34] remains pending. The defendants filed their opposition on August 27, 2019 [Dkt. 82] and Plaintiff filed its Reply on September 10, 2019 [Dkt 100].

      **ii.** Plaintiff's Motion for Entry of Default with respect to certain defendants [Dkt. 146] remains pending. These defendants filed a memorandum in opposition to

this motion on October 22, 2019. [Dkt. 149]. Plaintiff filed its "reply" memorandum on November 12, 2019. [Dkt. 178].

    **iii.** Plaintiff's Motion to Strike defendant H2H's affirmative defenses [Dkt. 128] remains pending. Defendant H2H did not respond. Plaintiff and defendant H2H settled. [Dkt. 187]. This motion is moot.

    **iv.** Plaintiff's Motion to Dismiss defendant H2H's counterclaim [Dkt. 130] remains pending. Defendant H2H did not respond. Plaintiff and defendant H2H settled. [Dkt. 187]. This motion is moot.

**b.** Defendants No. 124-qixing, No. 146-Star star in the sky, No. 168-william&jack, No. 41-fashion-shop113, No. 186-zagoo, No. 40-fashion-shop112, No. 11-aztuckers, No. 185-yuzebaby, No. 30-dongyang743, No. 39-ZOGAA3 Store, No. 56-Greatmen Store, No. 28-zoggaofficial store, No. 82-ZOGAA SIX Store, No. 25-ConvenientYourLife, No. 180-yangxinyuan No. 55-Goodgoods8, No. 173-Xiao wu big yards shop, No.44-fengzifei, No. 45-fengzihyt-4, No. 134-Shirley Store, No. 15-babyzaima, No. 33-Encantador KK Store, and No. 182-Your Parcel Store:

    **i.** These defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss for Failure to State a Claim [Dkt. 96] against Plaintiff's First Amended Complaint remains pending. Plaintiff filed its response on November 5, 2019. [Dkt. 168]. Defendants filed their reply on November 19, 2019. [Dkt. 186].

    **ii.** These defendants' Motion to Vacate the Preliminary Injunction Orders [Dkt. 71] remains pending. Plaintiff filed its response on November 19, 2018. [Dkt. 189]. Defendants filed their reply on November 26, 2019. [Dkt. 196]. Defendants surreply was filed on January 26, 2020 [Dkt. 248]. Plaintiff will file its sur-response by February 20, 2020 [Dkt. 253]. Defendants will file their response, if

any, by March 2, 2020. [Dkt. 253].

    **iii.** These defendants' Motion to Vacate the Magistrate's Discovery Order [Dkt. 205] remains pending. Plaintiff's response was filed December 16, 2019. [Dkt. 214].

    **iv.** These defendants' Motion to Dismiss defendant H2H's cross claim [Dkt. 131] remains pending. Defendant H2H dismissed these defendants under Rule 41(a)(1) on November 15, 2019 [Dkt. 179]. This motion is moot.

**c.** Defendant H2H:

    **i.** This defendant's Motion to Vacate [Dkt. 80] remains pending. Plaintiff's response was filed September 11, 2019 [Dkt. 101]. This defendant's reply was filed September 25, 2019 [Dkt. 121]. Plaintiff and defendant H2H settled. [Dkt. 187]. This motion is moot.

    **ii.** This defendant's Motion for Preliminary Injunction [Dkt. 116] remains pending. A briefing schedule was not set. Plaintiff and defendant H2H settled. [Dkt. 187]. Defendant H2H dismissed all other defendants under Rule 41(a)(1) on November 7, 2019 [Dkt. 173] and November 15, 2019 [Dkt. 179]. This motion is moot.

**d.** Defendants Menstore, Beautydiy, LASPERAL Men, Handsome Men, Sparkling Jewel Store, Touching Moments Store, Quality Life clothes store, Shop4848016 Store, Li&Diedie Store, Timing Zone Store, Personality Wardrobe:

    **i.** These defendants' Motion to Dismiss defendant H2H's cross claim [Dkt. 131] remains pending. Defendant H2H dismissed these defendants under Rule 41 on November 7, 2019 [Dkt. 173]. This motion is moot.

**2. Priority Ruling:**

**a.** Defendants propose that their Motion to Dismiss [Dkt. 196] and Motion to Vacate,

[Dkt. 71, et seq.] should be prioritized.

After conferring with counsel for defendants listed in Section 1(b), counsel for Plaintiff has revised

this report to omit certain parties who have been settled and dismissed from the case.  Other

counsel has not finally reviewed these edits and is prevented from doing so later this day, and hence

this report is not filed "jointly," however in the event counsel for both parties identifies any further

necessary modifications to this report an amendment will be jointly filed.

Dated this January 31, 2020

Respectfully submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
(312) 715-7312
(312) 646-2501 (fax)
adamu@au-llc.com
ARDC No. 6301067

*Counsel for Plaintiff Hangzhou Aoshuang E-Commerce Co., Ltd.*

## Certificate of Service

I hereby certify that a true and correct copy of this Status Report will be filed via the Court's ECF e-filing system and delivered thereby to counsel of record this January 31, 2020.

Larry Ford Banister, II
The Law Office of L. Ford Banister, II
PO Box 3514 PMB 23332
New York, NY 10008
United States
(212) 574-8017
ford@fordbanister.com

Daliah Saper
Saper Law Offices
505 N. LaSalle #350
Chicago, IL 60654
(312)527-4100
dsaper@saperlaw.com

Charles Edward McElvenny
Law Offices of Charles E. McElvenny
120 N LaSalle St Suite 1200
Chicago, IL 60602
312 291 8330
charlie@cemlawfirm.com

John Yo-Hwan Lee
Lee & Breen LLC
188 Industrial Drive, Suite 403
Elmhurst, IL 60126
(312) 241-1420
jlee@leebreenlaw.com

Timothy Tiewei Wang
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
(972) 331-4603
twang@nilawfirm.com

Joon M Khang
KHANG & KHANG LLP
4000 Barranca Parkway, Suite 250
Irvine, CA 92604
(949) 419-3834
Email: joon@khanglaw.com

Dated:  January 31, 2020

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
(312) 715-7312
(312) 646-2501 (fax)
adamu@au-llc.com
ARDC No. 6301067

*Counsel for Plaintiff Hangzhou Aoshuang E-Commerce Co., Ltd.*