## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hangzhou Aoshuang E-Commerce Co., Ltd ) | |
| ) | Case No: 19 C 4565 |
| v. ) | |
| ) | Judge Martha M. Pacold |
| The Partnerships and Unincorporated ) | |
| Associations | |

### ORDER

Plaintiff's motion to dismiss under Rule 41 [262] is granted. Defendant ouke pipe fittings (Line 120) is dismissed with prejudice.

Dated: March 3, 2020                   /s/  Judge Martha M. Pacold