# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Hangzhou Aoshuang E−Commerce Co., Ltd

          Plaintiff,

v.

Case No.: 1:19−cv−04565

Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2020:

      MINUTE entry before the Honorable Martha M. Pacold:Defendants' unopposed motion to extend the dispositive motion deadline [343] is granted. Dispositive motions are due 14 days after the court's ruling on the report and recommendation. The court will set any further briefing schedule when the dispositive motions are received.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.